# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA NELSON, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO.: H-12-1950 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER

The Court considered Plaintiff's Motion to Extend Filing of Plaintiff's Motion for Summary Judgment and finding it meritorious and unopposed, it is therefore:

ORDERED that on or before February 20, 2013 Plaintiff shall file her Motion for Summary Judgment.

**SIGNED** at Houston, Texas, this 17th day of January, 2013.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE